IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES T. TEAGUE, JR., )<br>    Petitioner, )<br>) | 2:07cv738 |
| vs. ) | Electronic Filing |
| ) | |
| COURT OF COMMON PLEAS OF )<br>MERCER COUNTY, PENNSYLVANIA, )<br>et al., )<br>    Respondents. ) | |

MEMORANDUM ORDER

AND NOW, this 18th day of July, 2007, after the petitioner, James T. Teague, Jr., filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Document No. 4), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (Document No. 1) is transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631 forthwith.

s/ David Stewart Cercone
David Stewart Cercone
United States District Judge

cc:     Honorable Robert C. Mitchell
        United States Magistrate Judge

        James T. Teague, Jr.
        CW-5683
        SCI Waymart
        Carbondale Road
        P.O. Box 256
        Waymart, PA 18472